IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

JOE C. GUTIERREZ,

Plaintiff,

v. 2:25-CV-075-Z-BR

JAMIYU L. AKOREDE, *et al.*,

Defendants.

**ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION**

Before the Court are the Findings, Conclusions, and Recommendation ("FCR") of the United States Magistrate Judge to Grant Defendants' Motion for Summary Judgment. ECF No. 29. No objections to the FCR have been filed. After making an independent review of the pleadings, files, and records in this case, the Court concludes that the FCR of the Magistrate Judge is correct. It is therefore **ORDERED** that the FCR of the Magistrate Judge (ECF No. 29) is **ADOPTED** and Defendants' Motion for Summary Judgment (ECF No. 21) is **GRANTED**. Plaintiff's remaining claims against Defendants are **DISMISSED with prejudice**.

**SO ORDERED.**

September 28, 2026

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE